UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| SIMSON GARFINKEL,<br><br>                    Plaintiff,<br><br>        v.<br><br>DECRU, INC., and<br>NETWORK APPLIANCE, INC.,<br><br>                    Defendants. | Civil Action No. 5:07-cv-19 |

## ORDER GRANTING PLAINTIFF SIMSON GARFINKEL'S MOTION FOR ATTORNEY WITHDRAWAL

On this date came on for consideration Plaintiff Simson Garfinkel's Motion for Attorney Withdrawal. The Court being of the opinion that same should be granted, it is therefore,

ORDERED that Plaintiff Simson Garfinkel's Motion for Attorney Withdrawal be and hereby is GRANTED, that Joshua L. Raskin and the law firm Bernstein Litowitz Berger & Grossmann LLP are no longer counsel of record for Plaintiff Simson Garfinkel, and that Joshua L. Raskin and Bernstein Litowitz Berger & Grossmann LLP shall no longer receive CM/ECF notices for this action.

**It is SO ORDERED.**

**SIGNED this 19th day of December, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE